HOOTAN TROY FARAHMAND (SBN: 230345)
3575 Cahuenga Bl. West, #580
Los Angeles, CA 90068
Telephone: (310) 560-0606
Facsimile: (310) 829-0225
Email: htflaw@aol.com

Attorneys for Plaintiff
STAR FABRICS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STAR FABRICS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ELIZABETH B. GRANADOS D/B/A FUN FASHION BY ELZABETH, a Individual; WALTER GRANADOS D/B/A FUN FASHION BY ELZABETH, a Individual; and DOES 1 through 10, Defendants. | Case No. CV12-4203 CAS ((WX)<br><br>**PLAINTIFF'S COMPLAINT FOR:**<br><br>1. COPYRIGHT INFRINGEMENT;<br><br>2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT;<br><br><u>Jury Trial Demanded</u> |

Plaintiff STAR Fabrics, INC. ("Plaintiff" or "STAR FABRICS"), by and though its undersigned attorneys, hereby prays to this honorable Court for relief and remedy based on the following:

1

**COMPLAINT**

## INTRODUCTION

Plaintiff creates and obtains unique two-dimensional graphic artworks for use on textiles, which textiles are transaction primarily in the fashion industry. Plaintiff owns these designs in exclusivity and makes sales of products bearing these designs for profit.  Plaintiff's business is predicated on its ownership of these designs and it spends a considerable amount of time and resources creating and obtaining top quality, marketable and aesthetically-appealing designs. Customers of Plaintiff take design samples with the understanding and agreement that will only utilize Plaintiff to reproduce said designs should they wish to do so, and will not seek to make minor changes to Plaintiff's proprietary work to reproduce the same elsewhere. This action is brought to recover damages for direct, vicarious, and contributory copyright infringement arising out of the misappropriation of Plaintiff's intellectual property rights in certain of these designs, by Defendants, and each of them.

## JURISDICTION AND VENUE

1.      This action arises under the Copyright Act of 1976, Title 17 U.S.C. § 101 *et seq.*

2.      This Court has federal question jurisdiction under 28 U.S.C. § § 1331(m), 1338 (a-b).

3.      Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.      Plaintiff STAR FABRICS is a corporation organized and existing under the law of the State of California with its principal place of business located at 1440 East Walnut, Los Angeles, California 90011.

5.      Plaintiff is informed and believes and thereon alleges that Defendant ELIZABETH B. GRANADOS ("ELIZABETH") is an individual doing business as

2

1   FUN FASHION BY ELZABETH with its principal place if business at 420 E. 11th
2   Street #109, Los Angeles, Ca 90015, and is doing business in and with the State of
3   California.

4        6.    Plaintiff is informed and believes and thereon alleges that Defendant
5   WALTER GRANADOS ("WALTER") is an individual doing business as FUN
6   FASHION BY ELZABETH with its principal place if business at 420 E. 11th Street
7   #109, Los Angeles, Ca 90015, and is doing business in and with the State of
8   California.

9        7.    Plaintiff is informed and believes and thereon alleges that some of
10  Defendants DOES 1 though 3, inclusive, are manufacturers and/or vendors of
11  garments to Defendant, which DOE Defendants have manufactured and/or supplied
12  and are manufacturing and/or supplying garments comprised of fabric printed with
13  Plaintiff's copyrighted design(s) (as hereinafter defined) without Plaintiff's
14  knowledge of consent or have contributed to said infringement.  The true names,
15  whether corporate, individual or otherwise, of Defendants DOES 1-3, inclusive, are
16  presently unknown to Plaintiff, which therefore sues said Defendants by such
17  fictitious names and will seek leave to amend this complaint to show their true
18  names and capacities when the same have been ascertained.

19       8.    Defendant DOES 4 though 10, inclusive, are other parties not yet
20  identified who have infringed Plaintiff's copyright, have contributed to the
21  infringement of Plaintiff's copyrights, or have engaged in one or more of the
22  wrongful practices alleged herein.  The true names, whether corporate, individual,
23  or otherwise, of Defendants 4 through 10, inclusive, are presently unknown to
24  Plaintiff, which therefore sues said Defendants by such fictitious names, and will
25  seek leave to amend this Complaint to show their true names and capacities when
26  the same have been ascertained.

27       9.    Plaintiff is informed and believes and thereon alleges that at all times
28  relevant hereto each of the Defendants was the agents, affiliate, officer, director,

**PLAINTIFF'S COMPLAINT**

1   manager, principal, alter-ego, and/or employee of the remaining Defendants and
2   was at all times acting within the scope of such agency, affiliation, alter-ego
3   relationship and/or employment; and actively participated in or subsequently
4   ratified and adopted, or both, each and all of the acts of conduct alleges, with full
5   knowledge of all the facts and circumstances, including, but not limited to, full
6   knowledge of each and every violation of Plaintiff's rights and the damages to
7   Plaintiff proximately caused thereby.

8   **CLAIMS RELATED TO DESIGN TITLES "58961"**

9       10.    Prior to the conduct complained of herein, Plaintiff created original
10  source artwork from an Italian art studio and created a design suitable for printing
11  on textiles.   Plaintiff allocated to this artwork the Internal Design Code "No.
12  58961" ("Subject Design") (attached hereto as EXHIBIT 1").

13      11.    Plaintiff applied for copyright registration from the United States
14  Copyright Office and was granted Registration No. VA0001667869 on May 4,
15  2009 (attached hereto as "EXHIBIT 2").

16      12.    Prior to the acts complained of herein, Plaintiff sampled and sold
17  fabric bearing the Subject Design to numerous parties in the fashion and apparel
18  industries.

19      13.    Following this distribution of product bearing the Subject Design,
20  Plaintiff's investigation revealed that and each of them created, manufactured,
21  caused to be manufactured, imported, distributed, and/or sold fabric and/or
22  garments comprised of fabric featuring a design which is identical, or substantially
23  similar, to the Subject Design and/or distributed fabric bearing a design that is
24  identical or substantially similar to the Subject Design and/or garments comprised
25  of such fabric ("Subject Garment"). Said garments include but are not limited to
26  units, which is attached hereto as Exhibit 3. (attached hereto as "EXHIBIT 3")

27

28

4

14.   Plaintiff formatted the Subject Design for use on textiles, sampled the Subject Design to prospective customers, and negotiated sales of fabric bearing the Subject Design.

15.   Plaintiff's investigation into the unlawful use of its proprietary designs revealed that ELIZABETH AND WALTER were purchasing, distributing, and selling for profit garments which infringed the Subject Design ("Infringing Garments A").

16.   Plaintiff's investigation further revealed that Infringing Garments A were sold by an unknown source and DOE defendants.

17.   Plaintiff is informed and believes, and thereon alleges, that the unknown source made slight alterations to the Subject Design and had its modified design printed elsewhere, with knowledge that the Subject Design was Plaintiff's proprietary design.

18.   None of the aforementioned transactions in Paragraphs 15 through 17 of this Complaint were authorized by Plaintiff, and all were in violation of Plaintiff's intellectual property rights.

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement – Against All Defendants, and Each)

19.   Plaintiff repeats, realleges, and incorporates herein by reference as though fully set forth the allegation contained in the preceding paragraphs of this Complaint.

20.   Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, accessed the Subject Design through, without limitation, the following: (a) access to Plaintiff's design library; (b) access to authorized or unauthorized reproductions in the possession of other direct and third-party vendors, retail stores, and/or DOE Defendants, including without limitation international and/or overseas converters and printing mills; and (c) access to

5

1    Plaintiff's strike-offs, swatches, paper CADs and samples (d) access to garments in

2    the marketplace manufactured from fabric lawfully printed through Plaintiff.

3         21.   Plaintiff is informed and believes and thereon alleges that one or more

4    of the Defendants manufactures garments and/or is a garment vendor. Plaintiff is

5    further informed and believes and thereon alleges that said Defendant(s) has an

6    ongoing business relationship with Defendant retailers, and each of them, and

7    supplied garments to said retailers, which garments infringed the Subject Design in

8    that said garments were composed of fabric which featured unauthorized print

9    designs that were identical or substantially similar to the Subject Design.

10       22.   Plaintiff is informed and believes and thereon alleges that Defendants,

11    and each of them, infringed Plaintiff's copyright by importing, creating, making,

12    advertising and/or developing directly infringing and/or derivative works from the

13    Subject Design and by importing, producing, distributing, and/or selling Infringing

14    Garment A through a nationwide network of retail stores and through on-line

15    websites.

16       23.   Due to Defendants' acts of infringement, Plaintiff has suffered

17    substantial damages to its business in an amount to be established at trial.

18       24.   Due to Defendants' act of infringement, Plaintiff has suffered general

19    and special damages in an amount to be established at trial.

20       25.   Due to Defendants' acts of copyright infringement as alleged herein,

21    Defendants, and each of them, have obtained direct and indirect profits they would

22    not otherwise have realized but for their infringement of the Subject Design. As

23    such, Plaintiff is entitled to disgorgement of Defendants' profits directly and

24    indirectly attributable to Defendants' infringement of the Subject Design in an

25    amount to be established at trial.

26       26.   Plaintiff issued cease and desist letters to Defendants, and each of

27    them, and is informed and believes and thereon alleges that, in spite of their reeipt

28    of the aforementioned cease and desist demand letters, Defendants, and each of

**PLAINTIFF'S COMPLAINT**

1    them, continued to sell Subject Garments in violation of Plaintiff's right as the

2    copyright proprietor and owner of Subject Design. Therefore Defendants' acts of

3    copyright infringement as alleged above were, and continue to be, willful,

4    intentional, and malicious, subjecting Defendants, and each of them, to liability for

5    statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to

6    one hundred fifty thousand dollars ($150,000) per infringement.

7         27.    Defendants',   and   each   of   them,   willfully   and   intentionally

8    misappropriated, palmed-off and/or infringed Plaintiff's copyrighted Subject

9    Designs, which renders Defendants, and each of them, liable for statutory damages

10   as described herein.    Within the time permitted by law, Plaintiff will make its

11   election between actual damages and statutory damages.

12                        **SECOND CLAIM FOR RELIEF**

13        (For Vicarious and/or contributory Copyright Infringement – Against All

14                                 Defendants)

15        28.    Plaintiff repeats, realleges, and incorporates herein by reference as

16   though fully set forth the allegations contained in the preceding paragraphs of this

17   Complaint.

18        29.    Plaintiff is informed and believes and thereon alleges that Defendants,

19   and each of them, knowingly induced, participated in, aided and abetted in, and

20   resultantly   profited   from   the   illegal   reproduction,   importation,   purchase,

21   distribution, advertising and/or sales of product featuring the Subject Design as

22   alleged hereinabove.

23        30.    Plaintiff is informed and believes and thereon alleges that Defendants,

24   and each of them, are vicariously liable for the infringement alleges herein because

25   they had the right and ability to supervise the infringing conduct and because they

26   had a direct and financial interest in the infringing conduct.

27        31.    By reason of the Defendants', and each of their, acts of contributory

28   and/or vicarious infringement as alleged above, Plaintiff has suffered and will

                                        7

1    continue to suffer substantial damages to its business in an amount to be established
2    at trial, as well as additional general and special damages in an amount to be
3    established at trial.

4        32.    Due to Defendants' acts of contributory and/or vicarious copyright
5    infringement as alleged herein, Defendants, and each of them, have obtained direct
6    and indirect profits they would not otherwise have realized but for their
7    infringement of the Subject Design.  As such, Plaintiff is entitled to disgorgement
8    of Defendants' profits directly and indirectly attributable to Defendants'
9    infringement of the Subject Design, in an amount to be established at trial.

10       33.    Plaintiff is informed and believes and thereon alleges that Defendants,
11   and each of them, have continued to manufacture and/or sell Subject Garments after
12   Plaintiff demanded that they cease and desist from engaging in same. Therefore
13   Defendants' acts of copyright infringement as alleged above were, and continue to
14   be, willful, intentional and malicious, subjecting Defendants, and each of them, to
15   liability  therefore, including statutory damages under Section 504(c)(2) of the
16   Copyright Act in the sum of one hundred fifty thousand dollars ($150,000) per
17   infringement. Further, Defendants', and each of their willful and intentional
18   misappropriation and/or infringement of Plaintiff's copyrighted Subject Design
19   renders Defendants, and each of them, liable for statutory damages as described
20   herein. Within the time permitted by law, Plaintiff will make its election between
21   actual and statutory damages.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

### ***Against All Defendants***

1. With Respect to Each Claim for Relief

   a. That Defendants, their agents and servants be enjoined from importing,
      manufacturing, distributing, advertising, offing for sale, selling or

otherwise trafficking in any product that infringes Plaintiff's copyrights in the Subject Design in any manner;

b. That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or if elected, before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 *et seq.*;

c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 *et seq.*;

d. That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

e. That Plaintiff be awarded pre-judgment interest as allowed by law;

f. That Plaintiff be awarded the costs of this action; and

g. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

DATED: 6·9·12

By: _____
HOOTAN TROY FARAHMAND, ESQ.
Attorneys for Plaintiff
STAR FABRICS, INC.

9

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury in this action pursuant to F.R.C.P. 38 and the Seventh Amendment of the Constitution.

DATED:   5-9-12

By: _____
HOOTAN TROY FARAHMAND, ESQ.
Attorneys for Plaintiff
STAR FABRICS, INC.

10

# EXHIBIT 1



# EXHIBIT 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-667-869**

**Effective date of registration:**

May 4, 2009

---

### Title

**Title of Work:** 58961

### Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 15, 2006    **Nation of 1st Publication:** United States

### Author

**Author:** Star Fabrics, Inc.

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Star Fabrics, Inc.

1440 Walnut Street, Los Angeles, CA 90011

### Certification

**Name:** Adir Haroni

**Date:** May 4, 2009

---

# EXHIBIT 3



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Carla Woehrle.

The case number on all documents filed with the Court should read as follows:

## CV12- 4203 CAS (CWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X]  Western Division** | **[ ]  Southern Division** | **[ ]  Eastern Division** |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

HOOTAN TROY FARAHMAND (SBN: 230345)
3575 Cahuenga Bl. West, #580
Los Angeles, CA 90068
Telephone: (310) 560-0606
Facsimile: (310) 829-0225

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS. INC., a California Corporation,<br><br><div align="right">PLAINTIFF(S)</div><br>v.<br><br>ELIZABETH B. GRANADOS,<br>Please see attached form for list of additional parties<br><br><div align="right">DEFENDANT(S).</div> | CASE NUMBER<br><br>**CV12·4203** CAS ((Wx)<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S). _____

_____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, H. Troy Farahmand _____, whose address is 3575 Cahuenga Bl. West, #580 Los Angeles, CA 90068 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___MAY 1 4 2012_____

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

## ADDITIONAL PARTIES ATTACHMENT
### Attachment to Summons

**SHORT TITLE: Star Fabrics vs. Elizabeth B. Granados, et al.**

**List additional parties DEFENDANTS**

D/B/A FUN FASHION BY ELZABETH, a Individual; WALTER GRANADOS D/B/A
FUN FASHION BY ELZABETH, a Individual; and DOES 1 through 10,

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Star Fabrics, Inc., a California Corporation | ELIZABETH B. GRANADOS, et al. |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Law Offices of H. Troy Farahmand<br>3575 Cahuenga Bl. West, #580<br>Los Angeles, CA 90068<br>Telephone: (323) 874-8613 Alt (310) 560-0606 Fax (310) 829-0225 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

17 U.S.C Sec. 101, et seq., 1. COPYRIGHT INFRINGEMENT, 2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed?  ☒ No  ☐ Yes

If yes, list case number(s):

CV12·4203

**FOR OFFICE USE ONLY:**   Case Number: _____

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

---

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

---

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
    Los Angeles, County

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
    ELIZABETH B. GRANADOS: Los Angeles, County
    WALTER GRANADOS. : Los Angeles, County

**List the California County,** or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.
    Los Angeles

---

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date _5-9-12_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |