UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4203-CAS (CWx) | Date | November 2, 2012 |
|---|---|---|---|
| Title | STAR FABRICS V. ELIZABETH A. GRANADOS, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants

Not Present                          Not Present

**Proceedings:**   (In Chambers:) DEFENDANTS' COUNSEL ALEX DIBONA'S MOTION TO WITHDRAW (filed October 3, 2012)

(In Chambers:) DEFENDANTS' COUNSEL ZACHARY LEVINE'S MOTION TO WITHDRAW (filed September 27, 2012)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of November 5, 2012 is vacated, and the matter is hereby taken under submission.

Local Rule 83-2.9.2.1 allows an attorney to withdraw as counsel only upon leave of court. If withdrawal will cause delay in the case, the court will not allow the attorney to withdraw unless "good cause is shown and the ends of justice require [such relief]." L. R. 83-2.9.2.4. Failure to pay attorneys' fees is normally sufficient grounds for withdrawal. Darby v. City of Torrance, 810 F. Supp. 275, 276 (C.D. Cal. 1992) (citing Liberty-Ellis Island Found., Inc. v. Int'l United Indus., Inc., 110 F.R.D. 395, 397 (S.D.N.Y. 1986)). If withdrawal is allowed, the affected parties then "shall appear pro se or appoint another attorney by a written substitution of attorney." L.R. 83-2.9.2.3.

Both counsel for defendants contend that defendants have failed to pay attorneys' fees or respond to counsel's inquiries regarding litigation strategy. See Dkt. Nos. 17, 18. The Court concludes that counsel have made a sufficient showing of good cause, and thus hereby GRANTS defendants' counsels' motions to be relieved as counsel. Counsel are hereby ordered to provide defendants with notice of the Court's order in accordance

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4203-CAS (CWx) | Date | November 2, 2012 |
|---|---|---|---|
| Title | STAR FABRICS V. ELIZABETH A. GRANADOS, ET AL. | | |

with Local Rule 83-2.9.2.3.  Counsel shall attach a copy of this order to the letter, and shall otherwise comply with all applicable rules of professional responsibility.

    IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |