HOOTAN TROY FARAHMAND (SBN: 230345)   JS-6
3575 Cahuenga Bl. West, #580
Los Angeles, CA 90068
Telephone: (310) 560-0606
Facsimile: (310) 829-0225
Email: htflaw@aol.com

Attorneys for Plaintiff
STAR FABRICS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>ELIZABETH B. GRANADOS D/B/A FUN FASHION BY ELZABETH, a Individual; WALTER GRANADOS D/B/A FUN FASHION BY ELZABETH, a Individual; and DOES 1 through 10,<br><br>             Defendants. | Case No. 12-CV-04203-CAS-CW<br><br>**ORDER ON STIPULATION FOR ENTRY OF JUDGMENT ON ACTION AND DISMISSAL OF ACTION** |

Having reviewed the stipulation of plaintiff Star Fabrics, Inc. ("Star") and defendants ELIZABETH B. GRANADOS ("ELIZABETH") & WALTER GRANADOS ("WALTER"), and upon good cause, IT IS HEREBY ORDERED THAT:

1

**ORDER ON STIPULATION FOR ENTRY OF JUDGMENT ON ACTION AND DISMISSAL OF ACTION**

1. <u>Judgment</u>.  Plaintiff, Star, shall take a non-appealable Judgment against Defendants, Elizabeth & Walter, for the maximum statutory sum of $150,000.00. However, Star shall accept a reduced sum of $5,500.00 in full satisfaction of said Judgment, if paid in accordance with the terms contained in paragraph 2 of this Stipulation. If entered pursuant to this Stipulation, said Judgment shall not be subject to discharge in any bankruptcy cases.

2. <u>Installment Payments In Satisfaction Of Judgment</u>.  Star shall accept in full satisfaction of the Judgment entered pursuant to this Stipulation and in full satisfaction of all of its claims against Elizabeth & Walter, the sum of $5,500.00 according to the payment schedule set forth below, as follows:

   a. <u>Payment Schedule</u>.  Commencing on April 1, 2013, and continuing on the first day of each and every month thereafter for a total of fifteen (15) months, Elizabeth & Walter shall pay to Star the sum of no less than three hundred sixty-six dollars and sixty-six cents ($366.66), resulting in a total payment to Star of five thousand five hundred dollars and no cents ($5,500.00) on or before the expiration of the fifteen month payment period.

   b. All of the foregoing payments shall be delivered to Star's attorney as post dated checks and made payable of Star's counsel, **Law Offices of H. Troy Farahmand Client Trust Account**, 3575 Cahuenga Bl. West, Suite 580, Los Angeles, CA 90068.

**ORDER ON STIPULATION FOR ENTRY OF JUDGMENT ON ACTION AND DISMISSAL OF ACTION**

c. No interest shall accrue on any timely payment made pursuant to the terms of this Stipulation.

3. <u>Forbearance From Enforcement of Judgment</u>. Other than as explicitly provided in this paragraph, Star shall forbear from exercising its right to enforce the judgment entered pursuant to this Stipulation, by execution or otherwise, so long as Elizabeth & Walter are in compliance with their payment obligations pursuant to paragraph 2 of this Stipulation. In the event that Elizabeth & Walter breaches their payment obligations pursuant to paragraph 2 of this Stipulation, Star may employ all lawful process to enforce its rights under the judgment entered pursuant to this Stipulation.

4. <u>Court to Retain Jurisdiction</u>. The parties request that the Court retain jurisdiction over the parties to this Adversary Action to enforce the settlement, as contained in this Stipulation, until performance in full of the terms of this settlement.

5. <u>Dismissal of Federal Action</u>. This entry of Judgment shall also work as a stipulation to dismiss the Federal Action against Elizabeth & Walter with prejudice.

6. <u>Releases</u>.

**In this regard, Elizabeth & Walter shall be deemed to have expressly waived and relinquished, to the fullest extent permitted by law, the provisions, rights, and benefits they may otherwise have had pursuant to Section 1542 of the California Civil Code, which provides as follows:**

> **A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN TO HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH A DEBTOR.**

as well as any rights and benefits that Elizabeth & Walter may have by reason of any other similar statute or rule of common law.

7. <u>Governing Law and Jurisdiction</u>. The rights and obligations of the parties hereunder shall be construed and enforced in accordance with, and shall be governed by, the laws of the State of California, without regard to principles of conflict of laws. Additionally, all disputes arising from or related to this Stipulation shall be brought in the United States District Court for the Central District of the State of California, and the parties hereby expressly consent to the jurisdiction of such court for all purposes related to resolving such disputes.

4

**ORDER ON STIPULATION FOR ENTRY OF JUDGMENT ON ACTION AND DISMISSAL OF ACTION**

8. <u>Severability</u>. If any provision of this Stipulation or the application thereof is held invalid, such invalidation shall not affect other provisions or applications of this Stipulation and to this end the provisions of this Stipulation are declared to be severable.

9. <u>Drafting</u>. Each party has cooperated in the drafting and preparation of this Stipulation. Hence, in any construction or interpretation of this Stipulation, the same shall not be construed against any party on the basis that the party was the drafter.

10. <u>Counterpart Signatures; Copies</u>. This Stipulation may be executed in counterparts, and each counterpart, when executed, shall have the efficacy of a signed original. Photographic and facsimiled copies of such signed counterparts may be used in lieu of the originals for any purpose.

11. <u>Modification</u>. This Stipulation cannot be modified except in a written document signed by all of the parties to this Stipulation, or as otherwise stated herein.

12. <u>Waiver</u>. A waiver by either party hereto of a breach of any term or provision of the Stipulation shall not be construed as a waiver of any subsequent breach.

13. <u>Effective Date</u>. This Stipulation shall become effective upon entry of Judgment by this Bankruptcy Court pursuant to this Stipulation.

5

**ORDER ON STIPULATION FOR ENTRY OF JUDGMENT ON ACTION AND DISMISSAL OF ACTION**

14. <u>Entire Agreement</u>. This Stipulation sets forth the entire agreement between Ghazarian and Chase relating to the subject matter of this Stipulation. No promise or inducement has been offered to either party, except as expressly set forth herein, and the Parties are not relying upon any such promise or inducement in entering into this Stipulation.

15. Each of the Parties represents and warrants that it has had an opportunity to consult legal counsel as to its rights and the consequences of signing this Agreement. The Parties further represent and acknowledge that they fully understand and appreciate the meaning of each of the terms of this Agreement and that they understand that they may be waiving legal rights or claims by signing this Agreement and that they are voluntarily entering into this Agreement with a full and complete understanding of its terms and legal effect and with the intent to be legally bound by this Agreement.

16. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Facsimile signatures may be used with the same force and effect as original signatures.

**ORDER ON STIPULATION FOR ENTRY OF JUDGMENT ON ACTION AND DISMISSAL OF ACTION**

17. Except as provided herein, or by way of a separate defense and/or indemnity agreement as between any of the defendants in this matter, each Party will bear its own costs, expenses, and attorneys' fees that it has heretofore incurred in connection with or arising out of the matters set forth in the Recitals hereinabove, the matters and claims released hereunder and the negotiation of this Agreement.

**IT IS SO ORDERED.**

Dated: March 22, 2013

*Christine A. Snyder*
_____
**UNITED STATES DISTRICT COURT**

**ORDER ON STIPULATION FOR ENTRY OF JUDGMENT ON ACTION AND DISMISSAL OF ACTION**